# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DEBBIE M. WALDRON**

     vs.            CASE NUMBER: 5:10-CV-65 (GTS/DEP)

**JAMES MILANA, Individually and as
Police Officer of the City of Syracuse,
New York, et al.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED,

that this action is now CLOSED pursuant to the Memorandum-Decision and Order dated September 10, 2012 by then-Senior District Judge Neal P. McCurn and Decision and Order issued by District Judge Glenn T. Suddaby on June 5, 2013.  *See* Dkt. Nos. 60 and 66.  Plaintiff's notice of appeal, Dkt. No. 62, remains pending before the Second Circuit Court of Appeals.

DATED: August 16, 2013

*[signature]*
Clerk of Court

s/ *Shelly Muller*
Shelly Muller
Courtroom Deputy Clerk